# United States Bankruptcy Court
### Eastern District of Michigan

## Voluntary Petition

| Name of Debtor (if individual, enter Last, First, Middle): **Butts, Bert Cordell** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): **DBA Lion Oil Trading & Transport** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all): **xxx-xx-7405** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): **1360 Seward #108** **Detroit, MI**    ZIP Code **48202** | Street Address of Joint Debtor (No. and Street, City, and State):    ZIP Code |
| County of Residence or of the Principal Place of Business: **Wayne** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):    ZIP Code | Mailing Address of Joint Debtor (if different from street address):    ZIP Code |

Location of Principal Assets of Business Debtor (if different from street address above):

### Type of Debtor
(Form of Organization)
(Check one box)

- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

#### Tax-Exempt Entity
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ■ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

### Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

#### Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 100,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

#### Estimated Assets

| ☐ $0 to $10,000 | ■ $10,001 to $100,000 | ☐ $100,001 to $1 million | ☐ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

#### Estimated Liabilities

| ■ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $1 million | ☐ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Butts, Bert Cordell** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** /s/ Walter A. Metzen                          **June 4, 2007** Signature of Attorney for Debtor(s)                    (Date) **Walter A. Metzen P49779** |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Statement by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
|---|
| **Butts, Bert Cordell** |

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Bert Cordell Butts**
Signature of Debtor **Bert Cordell Butts**

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**June  4, 2007**
Date

#### Signature of Attorney

**X  /s/ Walter A. Metzen**
Signature of Attorney for Debtor(s)

**Walter A. Metzen P49779**
Printed Name of Attorney for Debtor(s)

**Walter A. Metzen, Attorney at Law**
Firm Name

**3156 Penobscot Building**
**645 Griswold**
**Detroit Michigan 48226,**

Address

**DetroitBankruptcyLawyer@gmail.com**
**(313) 962-4656  Fax: (313) 962-4241**
Telephone Number

**June  4, 2007**
Date

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C.*

# United States Bankruptcy Court
## Eastern District of Michigan

In re    **Bert Cordell Butts** _____ ,
                                    Debtor

Case No. _____

Chapter _____ **13** _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 11,400.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 11,615.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | 34,931.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 17 | | | 1,525.34 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 1,105.00 |
| Total Number of Sheets of ALL Schedules | | 32 | | | |
| | | Total Assets | 11,400.00 | | |
| | | | Total Liabilities | 46,546.00 | |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

# United States Bankruptcy Court
## Eastern District of Michigan

In re    **Bert Cordell Butts** _____,     Case No. _____

                                             Debtor

Chapter _____ **13** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 1,525.34 |
| Average Expenses (from Schedule J, Line 18) | 1,105.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 1,906.67 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 5,615.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 34,931.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 40,546.00 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

In re  **Bert Cordell Butts**  _____,  Case No. _____
                                                          Debtor

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| Sub-Total > | **0.00** | (Total of this page) |
| Total > | **0.00** | |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                          Best Case Bankruptcy

In re   **Bert Cordell Butts**                              ,     Case No. _____

Debtor

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
In providing the information requested in this schedule, do not include the name or address of a minor child. Simply state "a minor child."

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Chase Bank and 5/3rd Bank -** | - | 0.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **stove, washer/dryer, fridge, computer, lawnmower, misc items sofa, tables, chairs, tv vcr, microwave, kitchen utensils** | - | 4,000.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | **Used clothing and accessories, no article worth over $50** | - | 500.00 |
| 7. | Furs and jewelry. | | **Rings, necklaces, bracelets, earings,  watch** | - | 100.00 |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Insurance through work** | - | Unknown |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

|  | Sub-Total > | 4,600.00 |
|---|---|---|
| | (Total of this page) | |

  **2**  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037           Best Case Bankruptcy

In re　**Bert Cordell Butts**　　　　　　　　　　　　　　　　　　　，　　Case No. _____

　　　　　　　　　　　　　　　　　　Debtor

# SCHEDULE B. PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | 401K | - | 800.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >　　　　　**800.00**
(Total of this page)

Sheet ___1___ of ___2___ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037　　　　　　　　　　Best Case Bankruptcy

In re    **Bert Cordell Butts** _____ ,   Case No. _____

                                                       Debtor

# SCHEDULE B. PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2002 Chrysler PT Cruiser** | - | **6,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

                                                              Sub-Total >     **6,000.00**
                                                (Total of this page)
                                                             Total >     **11,400.00**

Sheet   **2**   of   **2**   continuation sheets attached                                  (Report also on Summary of Schedules)
to the Schedule of Personal Property

In re **Bert Cordell Butts** _____,  Case No. _____
                                          Debtor

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:           ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                             $136,875.
☐ 11 U.S.C. §522(b)(2)
☐ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Household Goods and Furnishings**<br>**stove, washer/dryer, fridge, computer, lawnmower, misc items sofa, tables, chairs, tv vcr, microwave, kitchen utensils** | **11 U.S.C. § 522(d)(3)** | **4,000.00** | **4,000.00** |
| **Wearing Apparel**<br>**Used clothing and accessories, no article worth over $50** | **11 U.S.C. § 522(d)(3)** | **500.00** | **500.00** |
| **Furs and Jewelry**<br>**Rings, necklaces, bracelets, earings,  watch** | **11 U.S.C. § 522(d)(4)** | **100.00** | **100.00** |
| **Interests in Insurance Policies**<br>**Insurance through work** | **11 U.S.C. § 522(d)(7)** | **0.00** | **Unknown** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans**<br>**401K** | **11 U.S.C. § 522(d)(12)** | **800.00** | **800.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles**<br>**2002 Chrysler PT Cruiser** | **11 U.S.C. § 522(d)(2)** | **0.00** | **6,000.00** |

|  | Total: | **5,400.00** | **11,400.00** |

___**0**___  continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                       Best Case Bankruptcy

In re **Bert Cordell Butts**
_____ ,     Case No. _____
                    Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **8080** <br><br> **Long Beach Acceptance Corp.** <br> **PO BOX 678** <br> **Newark, NJ 07101-0678** | | - | **2002** <br><br> **auto loan** <br><br> **2002 Chrysler PT Cruiser** <br><br> Value $              **6,000.00** | | | | 11,615.00 | 5,615.00 |
| Account No. <br><br><br><br> | | | <br><br><br> Value $ | | | | | |
| Account No. <br><br><br><br> | | | <br><br><br> Value $ | | | | | |
| Account No. <br><br><br><br> | | | <br><br><br> Value $ | | | | | |

|  | | | | Subtotal <br> (Total of this page) | 11,615.00 | 5,615.00 |
|---|---|---|---|---|---|---|

  **0**   continuation sheets attached

| | Total <br> (Report on Summary of Schedules) | 11,615.00 | 5,615.00 |
|---|---|---|---|

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re __**Bert Cordell Butts**_____,      Case No. _____

Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trust or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

0 continuation sheets attached

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                            Best Case Bankruptcy

Official Form 6F (10/06)

In re  **Bert Cordell Butts**                                                    Case No. _____

                                                                       ,

                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **4715**<br><br>**Allied Interstate<br>PO Box 361563<br>Columbus, OH 43236-1563** | | - | | | **2006<br>Collection agency/Notice of Bankruptcy** | | | | 383.00 |
| Account No. **6639**<br><br>**Asset Acceptance<br>P.O. Box 2040<br>Warren, MI 48090** | | - | | | **2006<br>collection** | | | | 9,604.00 |
| Account No. **8321**<br><br>**Bay Area Credit Service Inc<br>50 Airport Parkway Suite 100<br>San Jose, CA 95110** | | - | | | **2005<br>Collection agency/Notice of Bankruptcy** | | | | 352.00 |
| Account No. **9231**<br><br>**CFC Financial LLC<br>PO Box 318038<br>Cleveland, OH 44131-8038** | | - | | | **2004<br>Collection agency/Notice of Bankruptcy** | | | | 1,749.00 |

___4___ continuation sheets attached

Subtotal
(Total of this page)                                                                 **12,088.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    S/N:24831-070502    Best Case Bankruptcy

In re  **Bert Cordell Butts**                                                                           ,        Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Representing:<br>**CFC Financial LLC** | | | **36th District Court**<br>**Madison Center**<br>**421 Madison Ave**<br>**Case#:04-119231gc**<br>**Detroit, MI 48226** | | | | |
| Account No.<br><br>Representing:<br>**CFC Financial LLC** | | | **Thomas D Hocking**<br>**Attorney at Law**<br>**PO Box 2037**<br>**6985 Miller Road Suite 200**<br>**Warren, MI 48090** | | | | |
| Account No. **3631**<br><br>**Debt Recovery Solutions LLC**<br>**900 Merchants Concourse**<br>**Ste 106**<br>**Westbury, NY 11590-5114** | - | | **2006**<br>**Notice purposes** | | | | 134.00 |
| Account No. **3260**<br><br>**Law Office of Smith and Associates**<br>**1000 Abernathy**<br>**Building 400, Suite 155**<br>**Atlanta, GA 30328** | - | | **2006**<br>**collection** | | | | 665.00 |
| Account No.<br><br>Representing:<br>**Law Office of Smith and Associates** | | | **T-Mobile Bankruptcy**<br>**5421 Jefferson St NE**<br>**Albuquerque, NM 87109-3406** | | | | |

| | | |
|---|---|---|
| Sheet no. __1__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 799.00 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                           Best Case Bankruptcy

In re  **Bert Cordell Butts**                                                ,        Case No. _____
                                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **9041** <br><br> **MBIA Muni Services Co** <br> **New Center One** <br> **3031 W Grand Blvd #610** <br> **Detroit, MI 48202** | | - | | **2005** <br> **property taxes/notice** | | | | 85.00 |
| Account No. **7271** <br><br> **National Action Financial Serv** <br> **165 Lawrence Bell Dr. Ste 100** <br> **Williamsville, NY 14231-9027** | | - | | **2007** <br> **collection** | | | | 3,304.00 |
| Account No. **0760** <br><br> **National Action Financial Serv** <br> **165 Lawrence Bell Dr Ste 100** <br> **PO Box 9027** <br> **Williamsville, NY 14231-9027** | | - | | **2007** <br> **collection** | | | | 2,093.00 |
| Account No. **8884** <br><br> **NCO Financial Systems** <br> **507 Prudential Road** <br> **Horsham, PA 19044** | | - | | **2007** <br> **Collection agency account** | | | | 179.00 |
| Account No. **2955** <br><br> **Northland Group Inc** <br> **PO Box 390846** <br> **Edina, MN 55439** | | - | | **2007** <br> **card/charge, credit/consumer purchases/goods/services** | | | | 1,935.00 |

Sheet no. __**2**__ of __**4**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                7,596.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re **Bert Cordell Butts** _____ ,  Case No. _____
<br>Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **9120**<br><br>**Northland Group Inc<br>PO Box 390846<br>Minneapolis, MN 55439** | | - | **2006<br>Collection agency/Notice of Bankruptcy** | | | | 1,549.00 |
| Account No. **2828**<br><br>**Northland Group Inc<br>PO Box 390846<br>Edina, MN 55439** | | - | **2007<br>card/charge, credit/consumer purchases/goods/services** | | | | 701.00 |
| Account No. **7861**<br><br>**United Online Collections Division<br>PO BOX 5006-BD<br>Woodland Hills, CA 91365-9637** | | - | **2004<br>collection** | | | | 30.00 |
| Account No. **7405**<br><br>**US Department of Education<br>PO Box 530260<br>Atlanta, GA 30353-0260** | | - | **2005<br>student loan-non-dischargeable** | | | | 10,058.00 |
| Account No.<br><br>**Representing:<br>US Department of Education** | | | **Direct Loan Servicing Center<br>PO Box 4609<br>Utica, NY 13504-4609** | | | | |

Sheet no. __3__ of __4__ sheets attached to Schedule of
<br>Creditors Holding Unsecured Nonpriority Claims

Subtotal
<br>(Total of this page)  **12,338.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

In re **Bert Cordell Butts** _____, Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **3092** <br><br>**Van Ru Credit Corporation** <br>**8550 Ulmerton Road** <br>**Suite 225** <br>**Largo, FL 33771-5351** | - | | **2004** <br>**collection agency** | | | | 1,736.00 |
| Account No. **2520** <br><br>**Weber & Olcese PLC** <br>**3250 W Big Beaver Rd Ste 124** <br>**Troy, MI 48084** | - | | **2006** <br>**attorney for creditor** | | | | 374.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __4__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **2,110.00**

Total (Report on Summary of Schedules) **34,931.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6G
(10/05)

In re   **Bert Cordell Butts**                           ,    Case No. _____

Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed.R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

   **0**   continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037           Best Case Bankruptcy

Form B6H
(10/05)

In re   **Bert Cordell Butts** _____,   Case No. _____

                                 Debtor

# SCHEDULE H. CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

   **0**   continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re  **Bert Cordell Butts**                                        Case No. _____
_____
                              Debtor(s)

# SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Single** | RELATIONSHIP(S):<br>**None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **security** | |
| Name of Employer | **Spectrum Juvenile** | |
| How long employed | **3.1 years** | |
| Address of Employer | **28303 Joy Rd**<br>**Westland, MI 48185** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 1,906.67 | $ | N/A |
| 2. Estimate monthly overtime | $ | 0.00 | $ | N/A |
| 3. SUBTOTAL | $ | 1,906.67 | $ | N/A |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | 381.33 | $ | N/A |
| b. Insurance | $ | 0.00 | $ | N/A |
| c. Union dues | $ | 0.00 | $ | N/A |
| d. Other (Specify): | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 381.33 | $ | N/A |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 1,525.34 | $ | N/A |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | N/A |
| 8. Income from real property | $ | 0.00 | $ | N/A |
| 9. Interest and dividends | $ | 0.00 | $ | N/A |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | N/A |
| 11. Social security or government assistance | | | | |
| (Specify): | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 12. Pension or retirement income | $ | 0.00 | $ | N/A |
| 13. Other monthly income | | | | |
| (Specify): | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 0.00 | $ | N/A |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 1,525.34 | $ | N/A |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | | $ | | 1,525.34 |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:



# SPECTRUM JUVENILE JUSTICE SVCS
### 28303 JOY ROAD
### WESTLAND, MICHIGAN 48185

| | |
|---|---|
| CHECK NO: | 012801 |
| CHECK DATE: | 05/18/07 |
| PERIOD ENDING: | 05/05/07 |
| PAY FREQUENCY: | BIWEEKLY |

BUTTS, BERT C.
APT 108
1360 SEWARD
DETROIT,MI 48202-2341

ID NUMBER: 0328220029  FED: SINGLE
BASE RATE:  11.0376  ST1:
SSN:  ST2:

STATUS  EXEMPT
SINGLE  00
00

TAX ADJUSTMENTS
FED:
DI/UC:
LOCAL:
ST:

STATE AND LOCAL CODES
PRI: MI  LOC1:DR  LOC3:
SEC:  LOC2:  LOC4:
LOC5:

## IMPORTANT MESSAGE

## HOURS AND EARNINGS

| DESCRIPTION | CURRENT HOURS/UNITS | EARNINGS | Y-T-D HOURS/UNITS | EARNINGS |
|---|---|---|---|---|
| REGUL | 11.0376 | 79.75 | 880.25 | |
| REGULAR | | | 652.00 | 7184.41 |
| HOLIDAY | | | 8.00 | 132.45 |
| HOLIDAY | | | 17.00 | 371.82 |
| VACATION | | | 74.75 | 821.60 |
| OVERTIME | | | 6.25 | 103.47 |
| | | | | |
| TOTAL H/E | 79.75 | 880.25 | 758.00 | 8613.75 |

### PRE-TAX ITEMS
| | | |
|---|---|---|
| HEALTH INS | 24.01- | 240.10- |
| | | |
| TOTAL PRE-TAX | 24.01- | 240.10- |

## TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| SO SEC TAX | 53.09 | 519.17 |
| MEDICARE TAX | 12.42 | 121.42 |
| FED INC TAX | 98.78 | 960.32 |
| PRI-STATE TAX | 33.39 | 326.56 |
| PRI-LOCAL TAX | 21.41 | 209.37 |
| | | |
| TOTAL TAXES | 219.09 | 2136.84 |

### AFTER-TAX DEDUCTIONS
| | | |
|---|---|---|
| CHILD SUPPORT | 10.00 | 100.00 |
| CHILD SUPPORT | 60.00 | 600.00 |
| STUDENT LOAN | 95.29 | 900.21 |
| PRE-PAID | 12.95 | 129.50 |

## SPECIAL INFORMATION

| | |
|---|---|
| TO-DATE PRE-PAID | 129.50 |
| YTD VACATION ACCRUAL | 38.97 |
| YTD VACATION TAKEN | 58.75 |
| YTD VACATION BALANCE | 19.78- |

| | GROSS | PRE-TAX | TAXABLE WAGES | LESS TAXES | LESS DEDS | EQ NET PAY |
|---|---|---|---|---|---|---|
| | | | 758.00 | 8373.65 | TOTAL PER DED | 178.24 | 1729.71 |
| CURRENT | 880.25 | 24.01- | 856.24 | 219.09 | 178.24 | 458.91 |
| Y-T-D | 8613.75 | 240.10- | 8373.65 | 2136.84 | 1729.71 | 4507.10 |

| | |
|---|---|
| TOTAL | 79.75 | 856.24 | 758.00 | 8373.65 |



## SPECTRUM JUVENILE JUSTICE SVCS
### 28303 JOY ROAD
### WESTLAND, MICHIGAN 48185

| | |
|---|---|
| CHECK NO: | 012715 |
| CHECK DATE: | 05/04/07 |
| PERIOD ENDING: | 04/21/07 |
| PAY FREQUENCY: | BIWEEKLY |

BUTTS, BERT C.
APT 108
1360 SEWARD
DETROIT,MI 48202-2341

ID NUMBER: 0328220029
BASE RATE: 11.0376
SSN:

STATUS SINGLE
EXEMPT 00
00

TAX ADJUSTMENTS
FED: ST:
DI/UC:
LOCAL:

FED: 00
ST1:
ST2:

STATE AND LOCAL CODES
PRI: MI LOC1:DR LOC3:
SEC: LOC2: LOC4:
LOC5:

### IMPORTANT MESSAGE

| HOURS AND EARNINGS | | | | | | TAXES AND DEDUCTIONS | | | SPECIAL INFORMATION | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | CURRENT | | Y-T-D | | | CURRENT | Y-T-D | | |
| DESCRIPTION | HOURS/UNITS | EARNINGS | HOURS/UNITS | EARNINGS | | DESCRIPTION | AMOUNT | AMOUNT | | |
| REGUL 11.0376 | 80.00 | 883.01 | | | | SO SEC TAX | 53.26 | 466.08 | TO-DATE PRE-PAID | 116.55 |
| REGULAR | | | 572.25 | 6304.16 | | MEDICARE TAX | 12.45 | 109.00 | YTD VACATION ACCRUAL | 34.34 |
| HOLIDAY | | | 8.00 | 132.45 | | FED INC TAX | 99.20 | 881.54 | YTD VACATION TAKEN | 58.75 |
| HOLIDAY | | | 17.00 | 371.82 | | PRI-STATE TAX | 33.50 | 293.17 | YTD VACATION BALANCE | 24.41- |
| VACATION | | | 74.75 | 821.60 | | PRI-LOCAL TAX | 21.48 | 187.98 | | |
| OVERTIME | | | 6.25 | 103.47 | | | | | | |
| | | | | | | TOTAL TAXES | 219.89 | 1917.75 | | |
| | | | | | | AFTER-TAX DEDUCTIONS | | | | |
| | | | | | | CHILD SUPPORT | 10.00 | 90.00 | | |
| | | | | | | CHILD SUPPORT | 60.00 | 540.00 | | |
| | | | | | | STUDENT LOAN | 95.78 | 804.92 | | |
| | | | | | | PRE-PAID | 12.95 | 116.55 | | |
| TOTAL H/E | 80.00 | 883.01 | 678.25 | 7733.50 | | | | | | |
| PRE-TAX ITEMS | | | | | | | | | | |
| HEALTH INS | | 24.01- | | 216.09- | | | | | | |
| TOTAL PRE-TAX | | 24.01- | | 216.09- | | | | | | |
| TOTAL | 80.00 | 859.00 | 678.25 | 7517.41 | | TOTAL PER DED | 178.73 | 1551.47 | | |

| | GROSS | PRE-TAX | TAXABLE WAGES | LESS TAXES | LESS DEDS | EQ NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 883.01 | 24.01- | 859.00 | 219.89 | 178.73 | 460.38 |
| Y-T-D | 7733.50 | 216.09- | 7517.41 | 1917.75 | 1551.47 | 4048.19 |

Statement Of Earnings



# SPECTRUM JUVENILE JUSTICE SVCS
28303 JOY ROAD
WESTLAND, MICHIGAN 48185

CHECK NO: 012629
CHECK DATE: 04/20/07
PERIOD ENDING: 04/07/07
PAY FREQUENCY: BIWEEKLY

BUTTS, BERT C.
APT 108
1360 SEWARD
DETROIT,MI 48202-2341

ID NUMBER: 0328220029  FED: SINGLE  STATUS 00  EXEMPT
BASE RATE: 11.0376  ST1: 00
SSN: 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  ST2:

TAX ADJUSTMENTS
FED:
DI/UC:          ST:
LOCAL:

STATE AND LOCAL CODES
PRI: MI  LOC1:DR  LOC3:
SEC:     LOC2:    LOC4:
                 LOC5:

## IMPORTANT MESSAGE

## HOURS AND EARNINGS

| DESCRIPTION | CURRENT HOURS/UNITS | EARNINGS | Y-T-D HOURS/UNITS | EARNINGS |
|---|---|---|---|---|
| REGUL | 11.0376 80.00 | 883.01 | | |
| REGULAR | | | 492.25 | 5421.15 |
| HOLIDAY | | | 8.00 | 132.45 |
| HOLIDAY | | | 17.00 | 371.82 |
| VACATION | | | 74.75 | 821.60 |
| OVERTIME | | | 6.25 | 103.47 |
| TOTAL H/E | 80.00 883.01 | | 598.25 | 6850.49 |

PRE-TAX ITEMS
| HEALTH INS | | 24.01- | | 192.08- |

## TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| SO SEC TAX | 53.26 | 412.82 |
| MEDICARE TAX | 12.46 | 96.55 |
| FED INC TAX | 98.20 | 762.34 |
| PRI-STATE TAX | 33.50 | 259.67 |
| PRI-LOCAL TAX | 21.48 | 166.48 |
| TOTAL TAXES | 219.90 | 1697.86 |

AFTER-TAX DEDUCTIONS
| CHILD SUPPORT | 10.00 | 80.00 |
| CHILD SUPPORT | 60.00 | 480.00 |
| STUDENT LOAN | 95.78 | 709.14 |
| PRE-PAID | 12.95 | 103.60 |

## SPECIAL INFORMATION

| | |
|---|---|
| TO-DATE PRE-PAID | 103.60 |
| YTD VACATION ACCRUAL | 29.70 |
| YTD VACATION TAKEN | 58.75 |
| YTD VACATION BALANCE | 29.05- |

TOTAL PRE-TAX  24.01-                192.08-

| | GROSS | PRE-TAX | TAXABLE WAGES | LESS TAXES | TOTAL PER DED 178.73 | LESS DEDS | EQ NET PAY |
|---|---|---|---|---|---|---|---|
| TOTAL | 80.00 859.00 | | 598.25 | 6658.41 | | 178.73 | 1372.74 |
| CURRENT | 883.01 | 24.01- | 859.00 | 219.90 | | 178.73 | 480.37 |
| -T-D | 6850.49 | 192.08- | 6658.41 | 1697.86 | | 1372.74 | |



# SPECTRUM JUVENILE JUSTICE SVCS
## 28303 JOY ROAD
## WESTLAND, MICHIGAN 48185

| | |
|---|---|
| CHECK NO: | 012541 |
| CHECK DATE: | 04/06/07 |
| PERIOD ENDING: | 03/24/07 |
| PAY FREQUENCY: | BIWEEKLY |

BUTTS, BERT C.
APT 108
1360 SEWARD
DETROIT,MI 48202-2341

ID NUMBER: 0328220029
BASE RATE: 11.0376
SSN: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

| STATUS | EXEMPT |
|---|---|
| SINGLE | 00 |
| ST1: | 00 |
| ST2: | |

**TAX ADJUSTMENTS**
FED:
DI/UC:
LOCAL:

ST:

**STATE AND LOCAL CODES**
PRI: MI  LOC1:DR  LOC3:
SEC:  LOC2:  LOC4:
  LOC5:

### IMPORTANT MESSAGE

## HOURS AND EARNINGS

| DESCRIPTION | HOURS/UNITS | CURRENT EARNINGS | Y-T-D HOURS/UNITS | EARNINGS |
|---|---|---|---|---|
| REGUL | 11.0376 | 80.00 | 883.01 | |
| REGULAR | | | 412.25 | 4538.14 |
| HOLIDAY | | | 8.00 | 132.45 |
| HOLIDAY | | | 17.00 | 371.82 |
| VACATION | | | 74.75 | 821.60 |
| OVERTIME | | | 6.25 | 103.47 |
| | | | | |
| TOTAL H/E | 80.00 | 883.01 | 518.25 | 5967.48 |

### PRE-TAX ITEMS

| | | | |
|---|---|---|---|
| HEALTH INS | | 24.01- | 168.07- |
| | | | |
| TOTAL PRE-TAX | | 24.01- | 168.07- |

## TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| SO SEC TAX | 53.25 | 359.56 |
| MEDICARE TAX | 12.45 | 84.09 |
| FED INC TAX | 99.20 | 663.14 |
| PRI-STATE TAX | 33.50 | 226.17 |
| PRI-LOCAL TAX | 21.48 | 145.00 |
| | | |
| TOTAL TAXES | 219.88 | 1477.96 |

### AFTER-TAX DEDUCTIONS

| | | |
|---|---|---|
| CHILD SUPPORT | 10.00 | 70.00 |
| CHILD SUPPORT | 60.00 | 420.00 |
| STUDENT LOAN | 95.78 | 613.36 |
| PRE-PAID | 12.95 | 90.65 |

## SPECIAL INFORMATION

| | |
|---|---|
| TO-DATE PRE-PAID | 90.65 |
| YTD VACATION ACCRUAL | 25.06 |
| YTD VACATION TAKEN | 58.75 |
| YTD VACATION BALANCE | 33.69- |

| | GROSS | PRE-TAX | TAXABLE WAGES | LESS TAXES | LESS DEDS | EQ NET PAY |
|---|---|---|---|---|---|---|
| TOTAL | 80.00 859.00 | 518.25 24.01- | 5799.41 859.00 | TOTAL PER DED 178.73 219.88 | 178.73 | 1194.01 460.39 |
| CURRENT | 883.01 | 24.01- | 859.00 | 219.88 | 178.73 | 460.39 |
| Y-T-D | 5967.48 | 168.07- | | | | |

Department of the Treasury-Internal Revenue Service

# Form 1040 U.S. Individual Income Tax Return 2006 (99) IRS Use Only-Do not write or staple in this space.

OMB No. 1545-0074

**Label**
(See instructions)
Use the IRS label.
Otherwise, please print or type.

For the year Jan. 1-Dec. 31, 2006, or other tax year beginning ,2006, ending ,20

| Name | Spouse's Name (if Joint Return) | Home Address | City, State, and ZIP Code |
|---|---|---|---|

BERT C BUTTS

1360 SEWARD STREET APT 108

Detroit MI 48202-

Your social security number
█████-7405

Spouse's social security no.

▲ You must enter your SSN(s) above. ▲

**Presidential**
Election Campaign ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see instructions) ▶ □ You □ Spouse

Checking a box below will not change your tax or refund.

**Filing Status**
Check only one box.

1 ☒ Single
2 □ Married filing jointly (even if only one had income)
3 □ Married filing separately. Enter spouse's SSN above and full name here.▶
4 □ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 □ Qualifying widow(er) with dependent child (see instructions)

**Exemptions**

6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a ................
b □ Spouse

| c Dependents: | | (2) Dependent's social security no. | (3) Dependent's relationship to you | (4)✓ if qualifying child for child tax credit (see inst) |
|---|---|---|---|---|
| (1) First name | Last name | | | |
| | | | | □ |
| | | | | □ |
| | | | | □ |
| | | | | □ |

If more than four dependents, see instr.

Boxes checked on 6a and 6b ... 1
No. of children on 6c who:
• lived with you ... 0
• did not live with you due to divorce or separation (see instr.) ... 0
Dependents on 6c not entered above ... 0
Add numbers on lines above ▶ 1

d Total number of exemptions claimed ................................................

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 23,901. |
| 8a | Taxable interest. Attach Schedule B if required | 8a | |
| b | Tax-exempt interest. Do not include on line 8a | 8b | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | |
| b | Qualified dividends (see instructions) | 9b | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | 788. |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ □ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions ......... 15a | b Taxable amount (see inst.) | 15b | |
| 16a | Pensions and annuities ... 16a | b Taxable amount (see inst.) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits ..... 20a | b Taxable amount (see inst.) | 20b | |
| 21 | Other income. List type and amount (see instr.) | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 22 | 24,689. |

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 | Archer MSA deduction. Attach Form 8853 | 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis gov. officials. Attach Form 2106 or 2106-EZ | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 27 | 56. |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | |
| 29 | Self-employed health insurance deduction (see instr.) | 29 | |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid b Recipient's SSN ▶ | 31a | |
| 32 | IRA deduction (see instructions) | 32 | |
| 33 | Student loan interest deduction (see instructions) | 33 | 1,459. |
| 34 | Jury duty pay you gave to your employer | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | |
| 36 | Add lines 23 through 31a and 32 through 35 | 36 | 1,515. |
| 37 | Subtract line 36 from line 22. This is your adjusted gross income ▶ | 37 | 23,174. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.

Form 1040 (2006)

BCA Copyright form software only. 2006 Universal Tax Systems, Inc. All rights reserved. US1040S1 Rev 1

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | 38 | 23,174. |

**Standard Deduction for -**

- People who checked any box on line 39a or 39b or who can be claimed as a dependent, see instr.
- All others:

Single or Married filing separately, $5,150

Married filing jointly or Qualifying widow(er), $10,300

Head of household, $7,550

| | | | | |
|---|---|---|---|---|
| 39a | Check if: | You were born before Jan. 2, 1942, ☐ Blind. **Total boxes** | | |
| | | Spouse was born before Jan. 2, 1942, ☐ Blind. checked ► 39a | | |
| b | | If your spouse itemizes on a separate return or you were a dual-status alien, see instructions and check here ................► 39b ☐ | | |
| 40 | | Itemized deductions (from Schedule A) or your **standard deduction** (see left margin)... | 40 | 5,150. |
| 41 | | Subtract line 40 from line 38 | 41 | 18,024. |
| 42 | | If line 38 is over $112,875, or you provided housing to a person displaced by Hurricane Katrina, see instructions. Otherwise, multiply $3,300 by the total no. of exemptions claimed on line 6d | 42 | 3,300. |
| 43 | | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 14,724. |
| 44 | | Tax (see instr.). Check if any tax is from: a ☐ Form(s) 8814   b ☐ Form 4972 ...... | 44 | 1,831. |
| 45 | | Alternative minimum tax (see instructions). Attach Form 6251 ............. | 45 | |
| 46 | | Add lines 44 and 45 ............................................► | 46 | 1,831. |
| 47 | Foreign tax credit. Attach Form 1116 if required ........... | 47 | | |
| 48 | Credit for child and dependent care exp. Attach Form 2441 ... | 48 | | |
| 49 | Credit for the elderly or the disabled. Attach Schedule R ... | 49 | | |
| 50 | Education credits. Attach Form 8863 ............. | 50 | | |
| 51 | Retirement savings contributions credit. Attach Form 8880 ... | 51 | | |
| 52 | Residential energy credits. Attach Form 5695 ......... | 52 | | |
| 53 | Child tax credit (see inst.). Attach Form 8901 if required .... | 53 | | |
| 54 | Credits from: a ☐ Form 8396 b ☐ Form 8839 c ☐ Form 8859 | 54 | | |
| 55 | Other credits: a ☐ Form 3800 b ☐ Form 8801 c ☐ Form | 55 | | |
| 56 | Add lines 47 through 55. These are your **total credits** ................... | | 56 | |
| 57 | Subtract line 56 from line 46. If line 56 is more than line 46, enter -0- .......► | | 57 | 1,831. |

| | | | | |
|---|---|---|---|---|
| **Other Taxes** | 58 | Self-employment tax. Attach Schedule SE ................. | 58 | 111. |
| | 59 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 59 | |
| | 60 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required ... | 60 | |
| | 61 | Advance earned income credit payments from Form(s) W-2, box 9 ............ | 61 | |
| | 62 | Household employment taxes. Attach Schedule H ............... | 62 | |
| | 63 | Add lines 57 through 62. This is your **total tax** ...................► | 63 | 1,942. |

| | | | | |
|---|---|---|---|---|
| **Payments** | 64 | Federal income tax withheld from Forms W-2 and 1099 ..... | 64 | 2,666. | |
| | 65 | 2006 estimated tax pymts and amt applied from 2005 return | 65 | | |

If you have a qualifying child, attach Schedule EIC.

| | | | | |
|---|---|---|---|---|
| 66 a | Earned income credit (EIC) ............. | 66a | NO | |
| b | Nontaxable combat pay election ....... | 66b | | |
| 67 | Excess social security and tier 1 RRTA tax withheld (see inst) ... | 67 | | |
| 68 | Additional child tax credit. Attach Form 8812 ........... | 68 | | |
| 69 | Amount paid with request for extension to file (see inst) ..... | 69 | | |
| 70 | Payments from: a ☐ Form 2439 b ☐ Form 4136 c ☐ Form 8885 | 70 | | |
| 71 | Credit for federal telephone excise tax paid. Attach Form 8913 if required | 71 | | |
| 72 | Add lines 64, 65, 66a, and 67 through 71. These are your **total payments**..........► | | 72 | 2,666. |

| | | | | |
|---|---|---|---|---|
| **Refund** | 73 | If line 72 is more than line 63, subtract line 63 from line 72. This is the amount you **overpaid** | 73 | 724. |
| Direct deposit? See instructions and fill in 74b, 74c, and 74d. ► | 74a | Amount of line 73 you want refunded to you. If Form 8888 is attached, check here ► ☐ | 74a | 724. |
| | ►b | Routing number XXXXXXXXXXXXXXXXXXX ► c Type: ☐ Checking ☐ Savings | | |
| | d | Account number XXXXXXXXXXXXXXXXXXXXXXXXXXX | | |
| | 75 | Amount of line 73 you want applied to your 2007 estimated tax ► | 75 | |

| | | | | |
|---|---|---|---|---|
| **Amount You Owe** | 76 | **Amount you owe.** Subtract line 72 from line 63. For details on how to pay, see instructions ► | 76 | |
| | 77 | Estimated tax penalty (see instructions) ............. | 77 | |

| | | | |
|---|---|---|---|
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ Yes. Complete the following. ☒ No | | |
| | Designee's name ► | Phone no. ► | Personal identification number (PIN) ► |

**Sign Here**
Joint return? See instr. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation | Daytime phone number |
|---|---|---|---|
| | | | 313-449-1481 |
| Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation | |

| | | | | |
|---|---|---|---|---|
| **Paid Preparer's Use Only** | Preparer's signature ► | | Date | Check if self-employed ☐ | Preparer's SSN or PTIN S42010093 |
| | Firm's name (or yours if self-employed), address, and ZIP code ► | | | EIN | |
| | | | | Phone no. | |

BCA   Copyright form software only. 2006 Universal Tax Systems, Inc. All rights reserved.   US1040S2   Rev 1   Form **1040** (2006)

**SCHEDULE C-EZ**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service

**Net Profit From Business**
(Sole Proprietorship)

▶ **Partnerships, joint ventures, etc., must file Form 1065 or 1065-B.**
▶ **Attach to Form 1040, 1040NR, or 1041.** ▶ **See instructions.**

**2006**
Attachment
Sequence No. **09A**

Name of proprietor
BERT C BUTTS

Social security number (SSN)
█████-7405

**General Information**

You May Use
Schedule C-EZ
Instead of
Schedule C
Only If You:

- Had business expenses of $5,000 or less.
- Use the cash method of accounting.
- Did not have an inventory at any time during the year.
- Did not have a net loss from your business.
- Had only one business as either a sole proprietor or statutory employee.

**And You:**

- Had no employees during the year.
- Are not required to file **Form 4562,** Depreciation and Amortization, for this business. See the instructions for Schedule C, line 13, to find out if you must file.
- Do not deduct expenses for business use of your home.
- Do not have prior year unallowed passive activity losses from this business.

| | |
|---|---|
| **A** Principal business or profession, including product or service | **B** Enter code from instr. |
| TRANSPORT | |
| **C** Business name. If no separate business name, leave blank. | **D** Employer ID no. (EIN), if any |
| LION OIL TRADING & TRANSPORT | 01-0550239 |
| **E** Business address (including suite or room no.). Address not required if same as on page 1 of your tax return. | |
| | |
| City, town or post office, state, and ZIP code | |

**Part II** **Figure Your Net Profit**

| | | | |
|---|---|---|---|
| **1** | **Gross receipts.** Caution. If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see **Statutory Employees** in the instructions for Schedule C, line 1, and check here ▶ ☐ | **1** | 788. |
| **2** | **Total expenses** (see instructions). If more than $5,000, you **must** use Schedule C. | **2** | |
| **3** | **Net profit.** Subtract line 2 from line 1. If less than zero, you **must** use Schedule C. Enter on both Form 1040, line 12, and Schedule SE, line 2, or on Form 1040NR, line 13. (Statutory employees **do not** report this amount on Schedule SE, line 2. Estates and trusts, enter on Form 1041, line 3.) | **3** | 788. |

**Part III** **Information on Your Vehicle.** Complete this part only if you are claiming car or truck expenses on line 2.

**4** When did you place your vehicle in service for business purposes? (month, day, year) ▶ _____ .

**5** Of the total number of miles you drove your vehicle during 2006, enter the number of miles you used your vehicle for:

**a** Business _____ **b** Commuting (see instructions) _____ **c** Other _____

**6** Do you (or your spouse) have another vehicle available for personal use? ☐ Yes ☐ No

**7** Was your vehicle available for personal use during off-duty hours? ☐ Yes ☐ No

**8 a** Do you have evidence to support your deduction? ☐ Yes ☐ No

**b** If "Yes," is the evidence written? ☐ Yes ☐ No

For Paperwork Reduction Act Notice, see instructions. Schedule C-EZ (Form 1040) 2006

Name of person with **self-employment** income (as shown on Form 1040)

BERT C BUTTS

Social security number of person with **self-employment** income ▶ -7405

## Section B - Long Schedule SE

### Part I    Self-Employment Tax

**Note.** If your only income subject to self-employment tax is **church employee income,** skip lines 1 through 4b. Enter -0- on line 4c and go to line 5a. Income from services you performed as a minister or a member of a religious order **is not** church employee income. See instructions.

**A** If you are a minister, member of a religious order, or Christian Science practitioner **and** you filed Form 4361, but you had $400 or more of **other** net earnings from self-employment, check here and continue with Part I .................................................................................. ▶ ☐

| | | | | |
|---|---|---|---|---|
| 1 | Net farm profit or (loss) from Schedule F, line 36, and farm partnerships, Schedule K-1 (Form 1065), box 14, code A. **Note.** Skip this line if you use the farm optional method (see instructions) ................ | **1** | | |
| 2 | Net profit or (loss) from Schedule C, line 31; Schedule C-EZ, line 3; Schedule K-1 (Form 1065), box 14, code A (other than farming); and Schedule K-1 (Form 1065-B), box 9, code J1. Ministers and members of religious orders, see instructions for amounts to report on this line. See instructions for other income to report. **Note.** Skip this line if you use the nonfarm optional method (see instructions) ......................................... | **2** | 788. | |
| 3 | Combine lines 1 and 2 | **3** | 788. | |
| 4a | If line 3 is more than zero, multiply line 3 by 92.35% (.9235). Otherwise, enter amount from line 3 ............. | **4a** | 728. | |
| b | If you elect one or both of the optional methods, enter the total of lines 15 and 17 here ................. | **4b** | | |
| c | Combine lines 4a and 4b. If less than $400, **stop;** you do not owe self-employment tax. If less than $400 and you had **church employee income,** enter -0- and continue ..................... ▶ | **4c** | 728. | |
| 5a | Enter your **church employee income** from Form W-2. See instructions for definition of church employee income | **5a** | | |
| b | Multiply line 5a by 92.35% (.9235). If less than $100, enter -0- ................................... | **5b** | | |
| 6 | **Net earnings from self-employment.** Add lines 4c and 5b ........................................ | **6** | 728. | |
| 7 | Maximum amount of combined wages and self-employment earnings subject to social security tax or the 6.2% portion of the 7.65% railroad retirement (tier 1) tax for 2006 ................................... | **7** | 94,200.00 | |
| 8a | Total social security wages and tips (total of boxes 3 and 7 on Form(s) W-2) and railroad retirement (tier 1) compensation. If $94,200 or more, skip lines 8b through 10, and go to line 11    **8a**   23,901. | | | |
| b | Unreported tips subject to social security tax (from Form 4137, line 9) .............   **8b** | | | |
| c | Add lines 8a and 8b | **8c** | 23,901. | |
| 9 | Subtract line 8c from line 7. If zero or less, enter -0- here and on line 10 and go to line 11 ......... ▶ | **9** | 70,299. | |
| 10 | Multiply the **smaller** of line 6 or line 9 by 12.4% (.124). ........................................ | **10** | 90. | |
| 11 | Multiply line 6 by 2.9% (.029) ................................................................ | **11** | 21. | |
| 12 | **Self-employment tax.** Add lines 10 and 11. Enter here and on **Form 1040, line 58** ................... | **12** | 111. | |
| 13 | **Deduction for one-half of self-employment tax.** Multiply line 12 by 50% (.5). Enter the result here and on **Form 1040, line 27** ........................   **13**   56. | | | |

### Part II    Optional Methods To Figure Net Earnings   (see instructions)

**Farm Optional Method.** You may use this method only if **(a)** your gross farm income[1] was not more than $2,400 **or (b)** your net farm profits[2] were less than $1,733.

| | | | | |
|---|---|---|---|---|
| 14 | Maximum income for optional methods ......................................................... | **14** | 1,600.00 | |
| 15 | Enter the **smaller** of: two-thirds (2/3) of gross farm income[1] (not less than zero) **or** $1,600. Also include this amount on line 4b above ............................................................ | **15** | | |

**Nonfarm Optional Method.** You may use this method only if **(a)** your net nonfarm profits[3] were less than $1,733 and also less than 72.189% of your gross nonfarm income[4] **and (b)** you had net earnings from self-employment of at least $400 in 2 of the prior 3 years.

**Caution.** You may use this method no more than five times.

| | | | | |
|---|---|---|---|---|
| 16 | Subtract line 15 from line 14 ................................................................ | **16** | | |
| 17 | Enter the **smaller** of: two-thirds (2/3) of gross nonfarm income[4] (not less than zero) **or** the amount on line 16. Also include this amount on line 4b above ........................................... | **17** | | |

[1] From Sch. F, line 11, and Sch. K-1 (Form 1065), box 14, code B.

[2] From Sch. F, line 36, and Sch. K-1 (Form 1065), box 14, code A.

[3] From Sch. C, line 31; Sch. C-EZ, line 3; Sch. K-1 (Form 1065), box 14, code A; and Sch. K-1 (Form 1065-B), box 9, code J1.

[4] From Sch. C, line 7; Sch. C-EZ, line 1; Sch. K-1 (Form 1065), box 14, code C; and Sch. K-1 (Form 1065-B), box 9, code J2.

**BCA**   Copyright form software only, 2006 Universal Tax Systems, Inc. All rights reserved.    USSCHSE2    Rev. 1

W-2 DETAIL REPORT - 2006

| Employer | EIN | TP\|SP | Gross Wages | Federal With. | FICA | Medicare | St | State Wages | State With. | Locality | Local With. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GOODWILL INDUSTRIES - DE | 38-1362823 | X | 1862 | 125 | 115 | 27 | MI | 1862 | 73 | DETROIT | 23 |
| SOECTRUM JUVENILE JUSTIC | 38-3215802 | X | 22039 | 2541 | 1366 | 320 | MI | 22039 | 860 | DETROIT | 551 |
| | | | 23901 | 2666 | 1481 | 347 | | 23901 | 933 | | 574 |

| Copy C For EMPLOYEE'S RECORDS (See Notice to Employee on back of Copy B.) | | **2006** OMB No. 1545-0008 |
|---|---|---|
| a Control number **0005148** | 1 Wages, tips, other comp. 1862.00 | 2 Federal income tax withheld 125.06 |
| | 3 Social security wages 1862.00 | 4 Social security tax withheld 115.44 |
| b Employer ID number (EIN) **38-1362823** | 5 Medicare wages and tips 1862.00 | 6 Medicare tax withheld 27.01 |

c Employer's name, address, and ZIP code

**Goodwill Industries - Detroit**
**3111 Grand River Avenue**
**Detroit, MI 48208-2962**

d Employee's social security number
████████-7405

e Employee's name, address, and ZIP code                          Suff.

**Bert C. Butts**
**1360 Seward**
**Detroit, MI 48202**

| 7 Social security tips | 8 Allocated tips | 9 Advance EIC payment |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code  See inst. for box 12 |
| 13 Statutory employee  14 Other | | 12b Code |
| Retirement plan | | 12c Code |
| Third-party sick pay | | 12d Code |

| MI 38-1362823 | 1862.00 | 72.63 |
|---|---|---|
| 15 State  Emplr's state I.D. # | 16 State wages, tips, etc. | 17 State income tax |
| 18 Local wages, tips, etc. 1862.00 | 19 Local income tax 23.28 | 20 Locality name MIDN |

**Form W-2 Wage and Tax Statement**                          Dept. of the Treasury - IRS
This information is being furnished to the IRS. If you are required to file a tax return, a negligence penalty/other sanction may be imposed on you if this income is taxable and you fail to report it.

| Copy 2 To Be Filed With Employee's State, City, or Local Income Tax Return | | **2006** OMB No. 1545-0008 |
|---|---|---|
| a Control number **0005148** | 1 Wages, tips, other comp. 1862.00 | 2 Federal income tax withheld 125.06 |
| | 3 Social security wages 1862.00 | 4 Social security tax withheld 115.44 |
| b Employer ID number (EIN) **38-1362823** | 5 Medicare wages and tips 1862.00 | 6 Medicare tax withheld 27.01 |

c Employer's name, address, and ZIP code

**Goodwill Industries - Detroit**
**3111 Grand River Avenue**
**Detroit, MI 48208-2962**

d Employee's social security number
████████-7405

e Employee's name, address, and ZIP code                          Suff.

**Bert C. Butts**
**1360 Seward**
**Detroit, MI 48202**

| 7 Social security tips | 8 Allocated tips | 9 Advance EIC payment |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code |
| 13 Statutory employee  14 Other | | 12b Code |
| Retirement plan | | 12c Code |
| Third-party sick pay | | 12d Code |

| MI 38-1362823 | 1862.00 | 72.63 |
|---|---|---|
| 15 State  Emplr's state I.D. # | 16 State wages, tips, etc. | 17 State income tax |
| 18 Local wages, tips, etc. 1862.00 | 19 Local income tax 23.28 | 20 Locality name MIDN |

**Form W-2 Wage and Tax Statement**                          Dept. of the Treasury - IRS
♲ Printed on Recycled Paper                          **FORM 5205**

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

These substitute W-2 Wage and Tax Statements are acceptable for filing with your Federal, State and Local Income Tax Returns. If you worked in multiple locations, or had several forms of special compensation, you may receive more than one of these documents.

All four copies of your W-2 are on this page, separated by perforations. The white copies are for your tax returns; the blue copy is for your records. General instructions for these forms, including an explanation of the letter codes used in box 12, are on the other side of the page.

To the right is an explanation of the contents of the wage boxes on your W-2. Please note that the Gross amount shown may include adjustments.

|  | Federal Box 1 | Sec. Sec. Box 3 & 7 | Medicare Box 5 | State Box 16 | Local Box 18 |
|---|---|---|---|---|---|
| Gross | 22583.59 | 22583.59 | 22583.59 | 22583.59 | 22583.59 |
| Sect. 125 Plan | 544.96- | 544.96- | 544.96- | 544.96- | 544.96- |
| W-2 Wages | 22038.63 | 22038.63 | 22038.63 | 22038.63 | 22038.63 |

---

| A. CONTROL NUMBER 0328220029 | This information is being furnished to the Internal Revenue Service | 2006 | OMB No. 1545-0008 | 1 WAGES, TIPS, OTHER COMPENSATION 22038.63 | 2 FEDERAL INCOME TAX WITHHELD 2540.85 |
|---|---|---|---|---|---|
| B. EMPLOYER IDENTIFICATION NUMBER 38-3215802 | | D. EMPLOYEE'S SOCIAL SECURITY NUMBER ████-7405 | | 3 SOCIAL SECURITY WAGES 22038.63 | 4 SOCIAL SECURITY TAX WITHHELD 1366.40 |
| C. EMPLOYER'S NAME, ADDRESS, AND ZIP CODE | | | | 5 MEDICARE WAGES AND TIPS 22038.63 | 6 MEDICARE TAX WITHHELD 319.56 |

SPECTRUM JUVENILE JUSTICE
28303 JOY ROAD
WESTLAND, MI  48185

| 13 Statutory Employee | Retirement Plan | Third-Party Sick Pay |
|---|---|---|

| 7 SOCIAL SECURITY TIPS | 8 ALLOCATED TIPS |
|---|---|
| 9 ADVANCE EIC PAYMENT | 10 DEPENDENT CARE BENEFITS |

| E. EMPLOYEE'S FIRST NAME AND INITIAL     LAST NAME     SUFF. | 11 NONQUALIFIED PLANS | 12 a-d |
|---|---|---|

BERT C        BUTTS
APT 108
1360 SEWARD
DETROIT, MI 48202-2341

14 OTHER

F. EMPLOYEE'S ADDRESS AND ZIP CODE

| 15 STATE | EMPLOYER'S STATE I.D. NO. | 16 STATE WAGES, TIPS, ETC. | 17 STATE INCOME TAX | 18 LOCAL WAGES, TIPS, ETC. | 19 LOCAL INCOME TAX | 20 LOCALITY NAME |
|---|---|---|---|---|---|---|
| MI | 38-3215802 | 22038.63 | 859.52 | 22038.63 | 551.01 | DETROIT RES |

FOLD AND TEAR ALONG PERFORATION

---

| CONTROL NUMBER 0328220029 | This information is being furnished to the Internal Revenue Service | OMB NO. 1545-0008 | 1 WAGES, TIPS, OTHER COMPENSATION 22038.63 | 2 FEDERAL INCOME TAX WITHHELD 2540.85 |
|---|---|---|---|---|
| B. EMPLOYER IDENTIFICATION NUMBER 38-3215802 | | D. EMPLOYEE'S SOCIAL SECURITY NUMBER ████7405 | 3 SOCIAL SECURITY WAGES 22038.63 | 4 SOCIAL SECURITY TAX WITHHELD 1366.40 |
| C. EMPLOYER'S NAME, ADDRESS, AND ZIP CODE | | | 5 MEDICARE WAGES AND TIPS 22038.63 | 6 MEDICARE TAX WITHHELD 319.56 |

SPECTRUM JUVENILE JUSTICE
28303 JOY ROAD
WESTLAND, MI  48185

| 7 SOCIAL SECURITY TIPS | 8 ALLOCATED TIPS |
|---|---|
| 9 ADVANCE EIC PAYMENT | 10 DEPENDENT CARE BENEFITS |

| E. EMPLOYEE'S FIRST NAME AND INITIAL     LAST NAME     SUFF. | 11 NONQUALIFIED PLANS | 12 a-d |
|---|---|---|

BERT C        BUTTS
APT 108
1360 SEWARD
DETROIT, MI 48202-2341

14 OTHER

| 13 Statutory Employee | Retirement Plan | Third-Party Sick Pay |
|---|---|---|

F. EMPLOYEE'S ADDRESS AND ZIP CODE

| 15 STATE | EMPLOYER'S STATE I.D. NO. | 16 STATE WAGES, TIPS, ETC. | 17 STATE INCOME TAX | 18 LOCAL WAGES, TIPS, ETC. | 19 LOCAL INCOME TAX | 20 LOCALITY NAME |
|---|---|---|---|---|---|---|
| MI | 38-3215802 | 22038.63 | 859.52 | 22038.63 | 551.01 | DETROIT RES |

Copy 2  To be filed with Employee's STATE, CITY or LOCAL tax return     Dept. of the Treasury - Internal Revenue Service

# FORM W-2 Wage and Tax Statement

Copy C For EMPLOYEE'S RECORDS (See notice on back of copy B)

Dept. of the Treasury • Internal Revenue Service

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

These substitute W-2 Wage and Tax Statements are acceptable for filing with your Federal, State and Local Income Tax Returns.
If you worked in multiple locations, or had several forms of special compensation, you may receive more than one of these documents.

All four copies of your W-2 are on this page, separated by perforations. The white copies are for your tax returns; the blue copy is for your records. General instructions for these forms, including an explanation of the letter codes used in box 12, are on the other side of the page.

To the right is an explanation of the contents of the wage boxes on your W-2. Please note that the Gross amount shown may include adjustments.

|  | Federal Box 1 | Sec. Sec. Box 3 & 7 | Medicare Box 5 | State Box 16 | Local Box 18 |
|---|---|---|---|---|---|
| Gross | 21881.59 | 21881.59 | 21881.59 | 21881.59 | 21881.59 |
| Sect. 125 Plan | 380.38- | 380.38- | 380.38- | 380.38- | 380.38- |
| W-2 Wages | 21501.21 | 21501.21 | 21501.21 | 21501.21 | 21501.21 |

| A. CONTROL NUMBER 0328220029 | This information is being furnished to the Internal Revenue Service. | 2005 | OMB NO. 1545-0008 | 1 WAGES, TIPS, OTHER COMPENSATION 21501.21 | 2 FEDERAL INCOME TAX WITHHELD 2470.22 |
|---|---|---|---|---|---|
| B. EMPLOYER IDENTIFICATION NUMBER 38-3215802 | D. EMPLOYEE'S SOCIAL SECURITY NUMBER ●●●●7405 | | | 3 SOCIAL SECURITY WAGES 21501.21 | 4 SOCIAL SECURITY TAX WITHHELD 1333.08 |
| C. EMPLOYER'S NAME, ADDRESS, AND ZIP CODE SPECTRUM JUVENILE JUSTICE 28303 JOY ROAD WESTLAND, MI 48185 | | | | 5 MEDICARE WAGES AND TIPS 21501.21 | 6 MEDICARE TAX WITHHELD 311.77 |
| | | 13 Statutory Employee ☐  Retirement Plan ☐  Third-Party Sick Pay ☐ | | 7 SOCIAL SECURITY TIPS | 8 ALLOCATED TIPS |
| | | | | 9 ADVANCE EIC PAYMENT | 10 DEPENDENT CARE BENEFITS |
| E. EMPLOYEE'S FIRST NAME AND INITIAL   LAST NAME BERT C   BUTTS APT 108 1360 SEWARD DETROIT, MI 48202-2341 | | | | 11 NONQUALIFIED PLANS | 12 a-d |
| | | | | 14 OTHER | |

| 15 STATE MI | EMPLOYER'S STATE I.D. NO. 38-3215802 | 16 STATE WAGES, TIPS, ETC. 21501.21 | 17 STATE INCOME TAX 838.59 | 18 LOCAL WAGES, TIPS, ETC. 21501.21 | 19 LOCAL INCOME TAX 537.45 | 20 LOCALITY NAME DETROIT RES |
|---|---|---|---|---|---|---|

Form **1040**

Department of the Treasury — Internal Revenue Service

## **U.S. Individual Income Tax Return** 2005

(99) IRS Use Only — Do not write or staple in this space.

For the year Jan 1 - Dec 31, 2005, or other tax year beginning ____ , 2005, ending ____ , 20 ____

OMB No. 1545-0074

**Label** (See instructions.)

Your first name: BERT  MI: C  Last name: BUTTS

Your social security number: ▓▓▓-7405

**Use the IRS label. Otherwise, please print or type.**

If a joint return, spouse's first name  MI  Last name

Spouse's social security number

Home address (number and street). If you have a P.O. box, see instructions. — 1360 SEWARD   Apartment no. 108

▲ You **must** enter your social security number(s) above. ▲

City, town or post office. If you have a foreign address, see instructions. — DETROIT   State: MI   ZIP code: 48202

**Presidential Election Campaign**

► Check here if you, or your spouse if filing jointly, want $3 to go to this fund? (see instructions) ............ ► ☐ You  ☐ Spouse

Checking a box below will not change your tax or refund.

**Filing Status**

Check only one box.

1. ☒ Single
2. ☐ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above & full name here ► ____
4. ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here ► ____
5. ☐ Qualifying widow(er) with dependent child (see instructions)

**Exemptions**

6a ☒ **Yourself.** If someone can claim you as a dependent, **do not** check box 6a ............
b ☐ **Spouse**

Boxes checked on 6a and 6b: 1

c Dependents:

| (1) First name  Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see instrs) |
|---|---|---|---|
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

No. of children on 6c who:
● lived with you
● did not live with you due to divorce or separation (see instrs)

Dependents on 6c not entered above

If more than four dependents, see instructions.

Add numbers on lines above ► 1

d Total number of exemptions claimed ................................................. ►

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | |
|---|---|---|
| 7 Wages, salaries, tips, etc. Attach Form(s) W-2 ................................. | **7** | 21,501. |
| 8a Taxable interest. Attach Schedule B if required ............................ | **8a** | |
| b Tax-exempt interest. **Do not** include on line 8a ........... | 8b | | |
| 9a Ordinary dividends. Attach Schedule B if required ........................ | **9a** | |
| b Qualifd divs (see instrs) ......... | 9b | | |
| 10 Taxable refunds, credits, or offsets of state and local income taxes (see instructions) ......... | **10** | |
| 11 Alimony received ........................................................ | **11** | |
| 12 Business income or (loss). Attach Schedule C or C-EZ .................... | **12** | 788. |
| 13 Capital gain or (loss). Att Sch D if reqd. if not reqd, ck here ► ☐ | **13** | |
| 14 Other gains or (losses). Attach Form 4797 ................................ | **14** | |
| 15a IRA distributions ......... 15a | b Taxable amount (see instrs) ... | **15b** | |
| 16a Pensions and annuities .... 16a | b Taxable amount (see instrs) ... | **16b** | |
| 17 Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E .. | **17** | |
| 18 Farm income or (loss). Attach Schedule F ............................... | **18** | |
| 19 Unemployment compensation .......................................... | **19** | |
| 20a Social security benefits ...... 20a | b Taxable amount (see instrs) .. | **20b** | |
| 21 Other income ......................................................... | **21** | |
| 22 Add the amounts in the far right column for lines 7 through 21. This is your **total income** ► | **22** | 22,289. |

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 Educator expenses (see instructions) ......................... | 23 | | |
| 24 Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | | |
| 25 Health savings account deduction. Attach Form 8889 ........ | 25 | | |
| 26 Moving expenses. Attach Form 3903 ......................... | 26 | | |
| 27 One-half of self-employment tax. Attach Schedule SE ....... | 27 | 56. | |
| 28 Self-employed SEP, SIMPLE, and qualified plans ........... | 28 | | |
| 29 Self-employed health insurance deduction (see instructions) .. | 29 | | |
| 30 Penalty on early withdrawal of savings .................... | 30 | | |
| 31a Alimony paid  b Recipient's SSN .... ► | 31a | | |
| 32 IRA deduction (see instructions) ........................... | 32 | | |
| 33 Student loan interest deduction (see instructions) .......... | 33 | | |
| 34 Tuition and fees deduction (see instructions) .............. | 34 | | |
| 35 Domestic production activities deduction. Attach Form 8903 .. | 35 | | |
| 36 Add lines 23 - 31a and 32 - 35 ............................. | | **36** | 56. |
| 37 Subtract line 36 from line 22. This is your **adjusted gross income** ..... ► | | **37** | 22,233. |

**BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.**   FDIA0112  11/07/05   Form **1040** (2005)

**Tax and Credits**

| | | | |
|---|---|---|---|
| 38 | Amount from line 37 (adjusted gross income) | 38 | 22,233. |

39a Check if: ☐ You were born before January 2, 1941, ☐ Blind. ☐ Spouse was born before January 2, 1941, ☐ Blind. Total boxes checked ► 39a

b If your spouse itemizes on a separate return, or you were a dual-status alien, see instructions and check here ............► 39b ☐

**Standard Deduction for –**
* People who checked any box on line 39a or 39b or who can be claimed as a dependent, see instructions.
* All others:

Single or Married filing separately, $5,000

Married filing jointly or Qualifying widow(er), $10,000

Head of household, $7,300

| | | | |
|---|---|---|---|
| 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 40 | 5,000. |
| 41 | Subtract line 40 from line 38 | 41 | 17,233. |
| 42 | If line 38 is over $109,475, or you provided housing to a person displaced by Hurricane Katrina, see instructions. Otherwise, multiply $3,200 by the total number of exemptions claimed on line 6d | 42 | 3,200. |
| 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 14,033. |
| 44 | Tax (see instrs). Check if any tax is from: a ☐ Form(s) 8814 b ☐ Form 4972 | 44 | 1,739. |
| 45 | Alternative minimum tax (see instructions). Attach Form 6251 | 45 | |
| 46 | Add lines 44 and 45 ........► | 46 | 1,739. |
| 47 | Foreign tax credit. Attach Form 1116 if required | 47 | |
| 48 | Credit for child and dependent care expenses. Attach Form 2441 | 48 | |
| 49 | Credit for the elderly or the disabled. Attach Schedule R | 49 | |
| 50 | Education credits. Attach Form 8863 | 50 | |
| 51 | Retirement savings contributions credit. Attach Form 8880 | 51 | |
| 52 | Child tax credit (see instructions). Attach Form 8901 if required | 52 | |
| 53 | Adoption credit. Attach Form 8839 | 53 | |
| 54 | Credits from: a ☐ Form 8396 b ☐ Form 8859 | 54 | |
| 55 | Other credits. Check applicable box(es): a ☐ Form 3800 b ☐ Form 8801 c ☐ Form | 55 | |
| 56 | Add lines 47 through 55. These are your total credits | 56 | |
| 57 | Subtract line 56 from line 46. If line 56 is more than line 46, enter -0- ........► | 57 | 1,739. |

**Other Taxes**

| | | | |
|---|---|---|---|
| 58 | Self-employment tax. Attach Schedule SE | 58 | 111. |
| 59 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 59 | |
| 60 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 60 | |
| 61 | Advance earned income credit payments from Form(s) W-2 | 61 | |
| 62 | Household employment taxes. Attach Schedule H | 62 | |
| 63 | Add lines 57-62. This is your total tax ........► | 63 | 1,850. |

**Payments**

If you have a qualifying child, attach Schedule EIC.

| | | | |
|---|---|---|---|
| 64 | Federal income tax withheld from Forms W-2 and 1099 | 64 | 2,470. |
| 65 | 2005 estimated tax payments and amount applied from 2004 return | 65 | |
| 66a | Earned income credit (EIC) | 66a | |
| b | Nontaxable combat pay election ► 66b | | |
| 67 | Excess social security and tier 1 RRTA tax withheld (see instructions) | 67 | |
| 68 | Additional child tax credit. Attach Form 8812 | 68 | |
| 69 | Amount paid with request for extension to file (see instructions) | 69 | |
| 70 | Payments from: a ☐ Form 2439 b ☐ Form 4136 c ☐ Form 8885 | 70 | |
| 71 | Add lines 64, 65, 66a, and 67 through 70. These are your total payments ........► | 71 | 2,470. |

**Refund**

Direct deposit? See instructions and fill in 73b, 73c, and 73d.

| | | | |
|---|---|---|---|
| 72 | If line 71 is more than line 63, subtract line 63 from line 71. This is the amount you overpaid | 72 | 620. |
| 73a | Amount of line 72 you want refunded to you ........► | 73a | 620. |

► b Routing number XXXXXXXX ► c Type: ☐ Checking ☐ Savings
► d Account number XXXXXXXXXXXXXXXXX

| | | |
|---|---|---|
| 74 | Amount of line 72 you want applied to your 2006 estimated tax ► 74 | |

**Amount You Owe**

| | | | |
|---|---|---|---|
| 75 | Amount you owe. Subtract line 71 from line 63. For details on how to pay, see instructions ........► | 75 | |
| 76 | Estimated tax penalty (see instructions) 76 | | |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ Yes. Complete the following. ☒ No

Designee's name _____ Phone no. ► _____ Personal identification number (PIN) _____

**Sign Here**

Joint return? See instructions.
Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature ► _____ Date _____ Your occupation LABOR Daytime phone number _____

Spouse's signature. If a joint return, both must sign. ► _____ Date _____ Spouse's occupation _____

**Paid Preparer's Use Only**

Preparer's signature ► _____ Date _____ Check if self-employed ☐ Preparer's SSN or PTIN _____

Firm's name (or yours if self-employed), address, and ZIP code ► Self-Prepared EIN _____ Phone no. _____

FDIA0112   11/07/05

Form 1040 (2005)

# Net Profit From Business
### (Sole Proprietorship)

► **Partnerships, joint ventures, etc, must file Form 1065 or 1065-B.**
► **Attach to Form 1040 or 1041.** ► **See instructions.**

Name of proprietor

BERT C BUTTS

Social security number (SSN)

~~XXX-XX~~-7405

## Part I  General Information

**You May Use
Schedule C-EZ
Instead of
Schedule C
Only If You:**

- Had business expenses of $5,000 or less.
- Use the cash method of accounting.
- Did not have an inventory at any time during the year.
- Did not have a net loss from your business.
- Had only one business as either a sole proprietor or statutory employee.

**And You:**

- Had no employees during the year.
- Are not required to file **Form 4562**, Depreciation and Amortization, for this business. See the instructions for Schedule C, line 13, to find out if you must file.
- Do not deduct expenses for business use of your home.
- Do not have prior year unallowed passive activity losses from this business.

| | |
|---|---|
| **A** Principal business or profession, including product or service | **B** Enter code from instructions ► |
| **C** Business name. If no separate business name, leave blank. | **D** Employer ID number (EIN), if any |
| **E** Business address (including suite or room number). Address not required if same as on Form 1040, page 1. | |

City, town or post office, state, and ZIP code

## Part II  Figure Your Net Profit

| | | | |
|---|---|---|---|
| **1** | **Gross receipts. Caution.** If this income was reported to you on Form W-2 and the 'Statutory employee' box on that form was checked, see **Statutory Employees** in the instructions for Schedule C, line 1, and check here ............................................ ► ☐ | **1** | 788. |
| **2** | **Total expenses** (see instructions). If more than $5,000, you **must** use Schedule C ............ | **2** | |
| **3** | **Net profit.** Subtract line 2 from line 1. If less than zero, you **must** use Schedule C. Enter on **Form 1040, line 12, and also on Schedule SE, line 2.** (Statutory employees **do not** report this amount on Schedule SE, line 2. Estates and trusts, enter on Form 1041, line 3.) ............................................ | **3** | 788. |

## Part III  Information on Your Vehicle. Complete this part **only** if you are claiming car or truck expenses on line 2.

**4** When did you place your vehicle in service for business purposes? (month, day, year) . ► _ _ _ _ _ _ _ _ _ _ .

**5** Of the total number of miles you drove your vehicle during 2005, enter the number of miles you used your vehicle for:

**a** Business _ _ _ _ _ _ _ _ _ _   **b** Commuting (see instructions) _ _ _ _ _ _ _ _ _ _   **c** Other _ _ _ _ _ _ _ _ _

**6** Do you (or your spouse) have another vehicle available for personal use? ........................ ☐ Yes  ☐ No

**7** Was your vehicle available for personal use during off-duty hours? ........................... ☐ Yes  ☐ No

**8a** Do you have evidence to support your deduction? ........................................ ☐ Yes  ☐ No

**b** If 'Yes,' is the evidence written? ........................................................ ☐ Yes  ☐ No

**BAA  For Paperwork Reduction Act Notice, see instructions.**

Schedule **C-EZ** (Form 1040) 2005

FDIA8301  11/14/05

SCHEDULE SE
(Form 1040)

Department of the Treasury
Internal Revenue Service    (99)

# Self-Employment Tax

► **Attach to Form 1040.** ► **See Instructions for Schedule SE (Form 1040).**

OMB No. 1545-0074

# 2005

Attachment
Sequence No. **17**

Name of person with **self-employment income** (as shown on Form 1040)

BERT C BUTTS

Social security number of person
with **self-employment** income ►       -7405

## Who Must File Schedule SE

You must file Schedule SE if:

- You had net earnings from self-employment from **other than** church employee income (line 4 of Short Schedule SE or line 4c of Long Schedule SE) of $400 or more, **or**

- You had church employee income of $108.28 or more. Income from services you performed as a minister or a member of a religious order **is not** church employee income (see instructions).

**Note.** Even if you had a loss or a small amount of income from self-employment, it may be to your benefit to file Schedule SE and use either 'optional method' in Part II of Long Schedule SE (see instructions).

**Exception.** If your only self-employment income was from earnings as a minister, member of a religious order, or Christian Science practitioner **and** you filed Form 4361 and received IRS approval not to be taxed on those earnings, **do not** file Schedule SE. Instead, write 'Exempt – Form 4361' on Form 1040, line 58.

## May I Use Short Schedule SE or Must I Use Long Schedule SE?



## Section A — Short Schedule SE. Caution. Read above to see if you can use Short Schedule SE.



| | | |
|---|---|---|
| 1 Net farm profit or (loss) from Schedule F, line 36, and farm partnerships, Schedule K-1 (Form 1065), box 14, code A . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1 | |
| 2 Net profit or (loss) from Schedule C, line 31; Schedule C-EZ, line 3; Schedule K-1 (Form 1065), box 14, code A (other than farming); and Schedule K-1 (Form 1065-B), box 9. Ministers and members of religious orders, see instructions for amounts to report on this line. See instructions for other income to report . . . . . . . . . . . . . . . | 2 | 788. |
| 3 Combine lines 1 and 2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | 788. |
| 4 **Net earnings from self-employment.** Multiply line 3 by 92.35% (.9235). If less than $400, **do not** file this schedule; you do not owe self-employment tax . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► | 4 | 728. |
| 5 **Self-employment tax.** If the amount on line 4 is: | | |
| ● $90,000 or less, multiply line 4 by 15.3% (.153). Enter the result here and on **Form 1040, line 58.** | | |
| ● More than $90,000, multiply line 4 by 2.9% (.029). Then, add $11,160.00 to the result. Enter the total here and on **Form 1040, line 58.** | 5 | 111. |
| 6 **Deduction for one-half of self-employment tax.** Multiply line 5 by 50% (.5). Enter the result here and on **Form 1040, line 27** . . . . . . . . . . . . . . . . . . . . . . . . . | 6 | 56. |

**BAA  For Paperwork Reduction Act Notice, see Form 1040 instructions.**

Schedule SE (Form 1040) 2005

FDIA1101   11/08/05

In re **Bert Cordell Butts**                                      Case No. _____
_____
                        Debtor(s)

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 415.00 |
|    a. Are real estate taxes included?    Yes ___    No **X** | | |
|    b. Is property insurance included?    Yes ___    No **X** | | |
| 2. Utilities:   a. Electricity and heating fuel | $ | 75.00 |
|            b. Water and sewer | $ | 0.00 |
|            c. Telephone | $ | 0.00 |
|            d. Other **cell phone** | $ | 65.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 150.00 |
| 5. Clothing | $ | 50.00 |
| 6. Laundry and dry cleaning | $ | 50.00 |
| 7. Medical and dental expenses | $ | 50.00 |
| 8. Transportation (not including car payments) | $ | 100.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|            a. Homeowner's or renter's | $ | 0.00 |
|            b. Life | $ | 0.00 |
|            c. Health | $ | 0.00 |
|            d. Auto | $ | 100.00 |
|            e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|       (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|            a. Auto | $ | 0.00 |
|            b. Other | $ | 0.00 |
|            c. Other | $ | 0.00 |
|            d. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other  **miscellaneous contingency & emergencies** | $ | 50.00 |
|      Other | $ | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 1,105.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
_____

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a.   Average monthly income from Line 15 of Schedule I | $ | 1,525.34 |
| b.   Average monthly expenses from Line 18 above | $ | 1,105.00 |
| c.   Monthly net income (a. minus b.) | $ | 420.34 |

# United States Bankruptcy Court
## Eastern District of Michigan

In re  **Bert Cordell Butts**                                  Case No.                        

                                          Debtor(s)                Chapter   **13**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **34**   sheets *[total shown on summary page plus 2]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **June 4, 2007**                       Signature:   **/s/ Bert Cordell Butts**

                                                                  Debtor

Date                                     Signature: 

                                                          (Joint Debtor, if any)

                                     *[If joint case, both spouses must sign.]*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership] of the _____ [corporation or partnership] named as a debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date                                       Signature: 

                                                   *[Print or type name of individual signing on behalf of debtor]*

        *[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Eastern District of Michigan

In re    __Bert Cordell Butts__          Case No. _____

                               Debtor(s)       Chapter    __13__

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$22,289.00** | **2005 gross income** |
| **$24,689.00** | **2006 gross income** |
| **$8,613.75** | **2007 year to date gross income** |

### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

       AMOUNT              SOURCE

### 3. Payments to creditors

None
■ ***Complete a. or b., as appropriate, and c.***

a. *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■ b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,475. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **CFC V Butts** **04-119213gc** | **Collection** | **36th District** **Detroit, Michigan** | **garnishment** |
| **US Department of Education v Butts** | **wage garnishment** | | **wage garnishment** |

None
■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None
■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None
■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Walter A. Metzen, Attorney at Law**<br>**3156 Penobscot Building**<br>**645 Griswold**<br>**Detroit Michigan 48226** | **6/04/07** | **filing fee only** |
| **GreenPath Debt Solutions**<br>**17200 East 10 Mile Road**<br>**Suite 155**<br>**Eastpointe, MI 48021-1250** | **6/04/07** | **$50.00** |

**10. Other transfers**

None ■ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ■ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ■ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ■ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
■ If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor
occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate
address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
■ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho,
Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the
commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in
the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous
or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to,
statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly
owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material,
pollutant, or contaminant or similar term under an Environmental Law

None
■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable
or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known,
the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous
Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which
the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the
docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

**18 . Nature, location and name of business**

None ☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOC. SEC. NO./ COMPLETE EIN OR OTHER TAXPAYER I.D. NO. | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| **Lion Oil Trading & Transport** | **01-0550239** | **1360 Seward Detroit, MI 48202** | **transport** | **current** |

None ■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                        ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ■    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                 DATES SERVICES RENDERED

None ■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                    ADDRESS                    DATES SERVICES RENDERED

None ■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                      ADDRESS

None ■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                 DATE ISSUED

### 20. Inventories

None ■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

### 22 . Former partners, officers, directors and shareholders

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group.

None ■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

### 25. Pension Funds.

None ■ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **June  4, 2007**                    Signature  **/s/ Bert Cordell Butts**

**Bert Cordell Butts**
Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Eastern District of Michigan

In re   **Bert Cordell Butts**

                            Debtor(s)

Case No.

Chapter   **13**

### STATEMENT OF ATTORNEY FOR DEBTOR(S)
### PURSUANT TO F.R.BANKR.P. 2016(b)

The undersigned, pursuant to F.R.Bankr.P. 2016(b), states that:

1.     The undersigned is the attorney for the Debtor(s) in this case.

2.     The compensation paid or agreed to be paid by the Debtor(s) to the undersigned is: [Check one]

[ X ]    **FLAT FEE**

A.     For legal services rendered in contemplation of and in connection with this case, exclusive of the filing fee paid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   **3,000.00**

B.     Prior to filing this statement, received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ..   **0.00**

C.     The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   **3,000.00**

[ ]    **RETAINER**

A.     Amount of retainer received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

B.     The undersigned shall bill against the retainer at an hourly rate of $____. [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

3.     $__**274.00**__ of the filing fee has been paid.

4.     In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including: [Cross out any that do not apply.]

A.     Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

B.     Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

C.     Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

~~D.     Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~

~~E.     Reaffirmations;~~

~~F.     Redemptions;~~

G.     Other:   **Attorney makes no promises or guarantees as to the outcome of the Bankruptcy, but agrees to use his best efforts on behalf of the client. Undersigned attests having been advised that ALL FEES PAID ARE NON-REFUNDABLE TO TIME SPENT, and that Ch.7 Trustee may liquidate property of debtor(s) for benefit of creditors.**

**CHAPTER 13 DEBTOR(S): A.Understand(s) that the first plan payment is due within 30 days of filing. B.Understand(s) that payments are debtor(s) responsibility and must be made by debtor in the event any applicable payment order fails. C.Understand(s) that proof of payments (ie. money order receipts/pay stubs) must be kept. D.Understand(s) that all due but unfiled tax returns must be filed E.Understand(s) that up to 100% of tax refunds/profit sharing checks received during plan pendency may be required to be contributed to plan. F.Debtor understand(s) that all insurances required pursuant to law and contract (ie. automobile and homeowners) must be maintained. If case is Ch. 13, Debtor(s) acknowledge(s) having been advised that it is their responsiblity to make all Chapter 13 plan payments, provide proof of payments, and to submit tax refunds to trustee for entire length of plan (to discharge), or case may be dismissed.FAILURE TO COMPLY with any of the above may result in DISMISSAL of case. Chapter 13 debtor(s) aknowledge and hereby agree that if the attorney has not been supplied with an actual Notice of Sheriff's/Foreclosure sale and that sale has been held prior to the filing of bankruptcy case, attorney shall be held harmless. I hereby swear/affirm that I have no knowledge of a pending foreclosure sale. ____ (initials if applies).**

**CHAPTER 7 DEBTOR(S): A.Understand(s) that attorney fee consists of both pre and post filing work, will cooperate with Trustee, to supply same with all documents/information requested. B. Understand(s) Duty to disclose all assets and has valued all assets to the best of debtor(s) ability. C. Debtor(s) understand(s) that Trustee has duty to investigate and liqudate non-exempt assets for the benefit of creditor(s). D. Debtor understands that a no asset case may become an asset case and debtor has duty to cooperate with requests of Trustee. Ch. 7 Debtor(s) understand(s) that upon filing of the case, all creditors including mortgage company and car finance company will be AUTOMATICALLY STAYED from all actions to collect a debt, therefore DEBTOR MUST CONTINUE**

**PAYMENTS ON MORTGAGE or CAR NOTES debtor WISHES TO KEEP.**

5.      By agreement with the debtor(s), the above-disclosed fee does not include the following services:

**A.Representation of debtor(s) in any dischargeability actions, amendments ($200 fee) relief from stay actions, 2004 Hearings ($400 retainer), adversary proceeding ($2000 retainer fee) or contested matters. ALL FEES PAID INCLUDING FILING FEES ARE NON-REFUNDABLE.**

**B. Attorney Fees ($295 per hour) Per separate Retainer agreement.**

**C. Debtor(s) agree(s) to pay attorney fee of $300 for any missed 341. Attorney fee shall be $295 per hour for all other post-petition work (including phone calls), and is subject to annual increases up to10%. Debtor acknowleges that attorney fees consist of both pre and post filing work.**

**D.Debtor(s) acknowledge(s) being advised that, pursuant to Local Bankruptcy Rule 2003-2, debtor shall have available at the 341Hearing, all of the following:**

**a. DRIVERS LICENSE, PAYCHECK STUBS. b. TITLES, to all vehicles, boats and mobile homes. c.DEEDS, SEV or APPRAISAL, and MORTGAGE STATEMENTS of real estate. d. DIVORCE JUDGMENTS, 401k, pension documents.**

**E.Attorney has been retained to assist debtor(s) in obtaining a discharge of certain debts. Debtor acknowledges being advised that certain debts are non-dischargeable, i.e. Student loans, alimony/child support, most taxes, debts incurred as a result of drunk driving/intoxication, fraud. Attorney cannot and makes no representations that he can, clear up a credit report. Debtor understands that if funds are on deposit at a Credit Union to which debtor owes money, those funds may be "frozen" upon filing of the petition.**

**F. A charge of $50 each (subject to change) applies to replace lost petitions and discharge orders.$226 to add omitted creditors.**

**G. Debtor agrees that should attorney recover funds garnished prepetition, that the attorney contingency fee shall be one-half of the amount recovered.**

**H. Debtor must maintain all insurance as required by law or contract. Failure to provide proof thereof or maintain such insurance may result in loss of the subject property.**

**I. Chapter 13 debtor(s) aknowledge and hereby agree that if the Chapter 13 case is dismissed before confirmation due to debtor(s) poor payment history, missed Court appearances, non-filing of required tax returns or other fault of debtor that attorney shall be entitled fees for his pre-confirmation legal services as an administrative expense of the case. Debtor(s) authorize Trustee to hold balance on hand for 30 days following filing fee application.**

**DEBTOR(S) ACKNOWLEDGE(S) HAVING READ, UNDERSTOOD AND AGREED TO ABOVE TERMS.**

6.      The source of payments to the undersigned was from:

         A.      __XX__          Debtor(s)' earnings, wages, compensation for services performed

         B.      _____          Other (describe, including the identity of payor)          _____

7.      The undersigned has not shared or agreed to share, with any other person, other than with members of the undersigned's law firm or corporation, any compensation paid or to be paid except as follows:

Dated:   **June  4, 2007**  _____          **/s/ Walter A. Metzen**  _____
                                                                                        Attorney for the Debtor(s)
                                                                                        **Walter A. Metzen P49779**
                                                                                         **Walter A. Metzen, Attorney at Law**
                                                                                        **3156 Penobscot Building**
                                                                                        **645 Griswold**
                                                                                        **Detroit Michigan 48226,**
                                                                                        **(313) 962-4656**
                                                                                        **DetroitBankruptcyLawyer@gmail.com**

Agreed:   **/s/ Bert Cordell Butts**  _____
                **Bert Cordell Butts**
                Debtor                                                                   _____
                                                                                        Debtor

UNITED STATES BANKRUPTCY COURT
**EASTERN DISTRICT OF MICHIGAN**

**NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b)
OF THE BANKRUPTCY CODE**

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

1.  Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2.  Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3.  The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4.  Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1.  Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.  Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| Walter A. Metzen P49779 | X /s/ Walter A. Metzen | June 4, 2007 |
|---|---|---|
| Printed Name of Attorney | Signature of Attorney | Date |

Address:
**3156 Penobscot Building**
**645 Griswold**
**Detroit Michigan 48226,**
**(313) 962-4656**

### Certificate of Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| Bert Cordell Butts | X /s/ Bert Cordell Butts | June 4, 2007 |
|---|---|---|
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |

| Case No. (if known) | X | |
|---|---|---|
| | Signature of Joint Debtor (if any) | Date |

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037      Best Case Bankruptcy

Butts, Bert -


36th District Court
Madison Center
421 Madison Ave
Case#:04-119231gc
Detroit MI 48226


Allied Interstate
PO Box 361563
Columbus OH 43236-1563


Asset Acceptance
P.O. Box 2040
Warren MI 48090


Bay Area Credit Service Inc
50 Airport Parkway Suite 100
San Jose CA 95110


CFC Financial LLC
PO Box 318038
Cleveland OH 44131-8038


Debt Recovery Solutions LLC
900 Merchants Concourse
Ste 106
Westbury NY 11590-5114


Direct Loan Servicing Center
PO Box 4609
Utica NY 13504-4609


Law Office of Smith and Associates
1000 Abernathy
Building 400, Suite 155
Atlanta GA 30328


Long Beach Acceptance Corp.
PO BOX 678
Newark NJ 07101-0678


MBIA Muni Services Co
New Center One
3031 W Grand Blvd #610
Detroit MI 48202

Butts, Bert -

National Action Financial Serv
165 Lawrence Bell Dr. Ste 100
Williamsville NY 14231-9027

National Action Financial Serv
165 Lawrence Bell Dr Ste 100
PO Box 9027
Williamsville NY 14231-9027

NCO Financial Systems
507 Prudential Road
Horsham PA 19044

Northland Group Inc
PO Box 390846
Edina MN 55439

Northland Group Inc
PO Box 390846
Minneapolis MN 55439

T-Mobile Bankruptcy
5421 Jefferson St NE
Albuquerque NM 87109-3406

Thomas D Hocking
Attorney at Law
PO Box 2037
6985 Miller Road Suite 200
Warren MI 48090

United Online Collections Division
PO BOX 5006-BD
Woodland Hills CA 91365-9637

US Department of Education
PO Box 530260
Atlanta GA 30353-0260

Van Ru Credit Corporation
8550 Ulmerton Road
Suite 225
Largo FL 33771-5351

Butts, Bert -

Weber & Olcese PLC
3250 W Big Beaver Rd Ste 124
Troy MI 48084